PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
1:10CR00669

DOCKET NUMBER *(Rec. Court)*

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:
Chidi Ezeobi

DISTRICT
SOUTHERN DISTRICT OF NEW YORK

NAME OF SENTENCING JUDGE
Denise Cote

DATES OF PROBATION/SUPERVISED RELEASE:
FROM 10/03/2019
TO 10/02/2024

OFFENSE

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE COCAINE-In violation of 21 U.S.C. 841(b)(1)(A) and 846, a Class A Felony. CONSPIRACY TO EXPORT COCAINE -In violation of 21 U.S.C. 963 , a Class A Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/13/2021
Date

/s/ Denise Cote
DENISE COTE
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*