UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

CASE No: 10-cr-00669-01(DLC)

UNITED STATES OF AMERICA,

        Plaintiff,

V.

CHIDI EZEOBI a/k/a Fuego,

        Defendant.

*[Handwritten: Denied. /s/ Denise Cote 1/9/23]*

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

### I. INTRODUCTION

Defendant Chidi Ezeboi, pro se, hereby moves the Court terminate his term of supervised release pursuant to 18 U.S.C. 3583(e)(1). The 5-year term of supervised release began November 26, 2019. Mr. Ezeobi has completed 36 months of his 5 years of the supervisory term.

Mr. Ezeobi is being supervised in New Jersey District, as he lives at 175 Dewey Street, Newark, N.J. 07112. Kelly Maciel was his probation officer and currently reporting to Brendan Murillo and contact probation officer at 973-645-4240 is his current probation officer (see appendix "A"), where he is under supervision since being released from BOP to halfway house, he has been on supervised release for three (3) years and can be