```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :     10cr669 (DLC)
                                           :
                                           :        ORDER
             -v-                           :
                                           :
CHIDI EZEOBI,                              :
                                           :
                       Defendant.          :
                                           :
------------------------------------------X
```

DENISE COTE, District Judge:

On February 15, 2012, this Court sentenced the defendant principally to a term of 151 months' imprisonment and 5 years' supervised release.

On November 20, 2018, the defendant's offense level under the Sentencing Guidelines was lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u). The defendant's sentence was therefore reduced to 121 months' imprisonment with no change in the term of supervised release.

At the request of the Probation Department, the defendant's term of supervision was transferred to the District of New Jersey on January 13, 2021. The Transfer Order states that the period of supervised release may be changed by the District Court to which the transfer is made without further inquiry of this Court.

On January 6, 2023, the defendant moved for early termination of his term of supervised release and this Court denied the

application on January 9. In a subsequent application docketed on March 24, 2023, the defendant asks the Court to explain the denial. Accordingly, it is hereby

OREDERED that the denial entered on January 9, 2023, is VACATED, as this Court no longer retains jurisdiction over the defendant's term of supervised release.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the defendant and note service on the docket.

SO ORDERED:

Dated:   New York, New York
         March 30, 2023

                              _____
                                       DENISE COTE
                              United States District Judge